## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC,<br>A California Limited Liability Co.,<br><br>Plaintiff,<br><br>vs.<br><br>DUDEVU.COM, FLO33, SOYALEKS, AND DOES 1-500<br><br>Defendants. | Court Case No.:2:09-cv-14617<br><br>Judge: Hon. David M. Lawson |

Marc J. Randazza, Esq.
302 Washington Street, Suite 321
San Diego, CA 92103
Telephone: 619-866-5975
Facsimile: 619-866-5976
Electronic Mail: marc@corbinfisher.com
Massachusetts Bar Card No.: 651477
Florida Bar Card No.: 625566
Admitted to Practice in the
Western District of Michigan

### DECLARATION OF ERIC GAPP IN SUPPORT OF COMPLAINT

I, Eric Gapp, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and the information contained herein is based upon personal knowledge.

2. On October 16, 2009, I searched Dudevu.com's website for Corbin Fisher videos, and since that date have documented 39 Liberty Media Holdings (LMH) copyrighted works available on Dudevu.com. True and correct copies of the infringing works as they appeared on the Dudevu.com website are attached hereto as Annex 1.

3. On November 6, 2009 I went onto the U.S. Copyright Office's Directory of Service Provider Agents for Notification of Claims Infringement webpage and found that Dudevu.com does not have a

registered DMCA Agent.

4.  On December 4, 2009, I entered the following URL into my browser http://secret.dudevu.com. Upon entering this URL into his browser, the website shown on **Exhibit C of the Second Amended Complaint** was displayed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 10, 2010 in San Diego, California.

Eric Gapp